UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN YAN LUIS, on behalf of himself and all
others similarly situated.,

                              Plaintiff,

          -v-                                              CIVIL ACTION NO. 23 Civ. 6284 (JPO) (SLC)

                                                                              **ORDER**

LABRADA BODYBUILDING NUTRITION INC.,

                              Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

          In light of the parties' settlement in principle (ECF No. 16), the settlement conference

scheduled for January 22, 2024 is CANCELLED.

Dated:          New York, New York
                January 19, 2024

                                                    SO ORDERED.

                                                    _____
                                                    SARAH L. CAVE
                                                    **United States Magistrate Judge**